IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRANDON MARQUIS PUGH, ) | |
|     Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 13-00611-KD-N |
| ) | |
| CARLA JONES, WARDEN, ) | |
|     Respondent. ) | |

**ORDER**

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection (Doc. 4) is made, the Report and Recommendation (Doc. 3) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated December 19, 2013, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the **14th** day of **January 2014**.

                        /s/ Kristi K. DuBose
                        **KRISTI K. DuBOSE**
                        **UNITED STATES DISTRICT JUDGE**